UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

RONRICO JOSLIN, WALTER JOSLIN, )
and MARY MITCHELL, )
)
    Plaintiffs, )
) Case No. 3:12-cv-1284
v. ) Judge Aleta A. Trauger
)
METRO NASHVILLE/DAVIDSON )
COUNTY, ET AL., )
)
    Defendants. )

# ORDER

For the reasons stated in the accompanying Memorandum, the court hereby finds as follows:

- The Partial Motion to Dismiss (Docket No. 60) is **GRANTED**. Officer Strickling's Motion to Dismiss (Docket No. 58) is **GRANTED IN PART and DENIED IN PART**.

- The following claims and/or theories of liability are **DISMISSED**: (1) "whistleblower retaliation" and "prior restraint" claims (*see* SAC Count I, ¶ 67); (2) claims premised on Tenn. Code Ann. § 8-8-302 (*see id.*); and (3) claims for negligence/gross negligence (SAC Count VI).

- All claims against Officers Eby and Starling are **DISMISSED**.

- The following claims against Officer Pirtle are **DISMISSED**: (1) the § 1983 entrapment claim, (2) the § 1983 claim to the extent it is based on racially motivated conduct, and (3) the Tennessee malicious harassment claim**.** To the extent not otherwise addressed in this Order, the remaining claims against Officer Pirtle will proceed.

- The following claims against Officer Read are **DISMISSED**: (1) the § 1983 claim to the extent it is premised on racially motivated conduct; (2) the § 1983 excessive force claim; (3) the Tennessee malicious harassment claim; and (4) the Tennessee assault and battery claim. To the extent not otherwise addressed in this Order, the remaining claims against Officer

1

Read will proceed.

- The following claims against Officer Strickling will proceed: (1) claims under § 1983 concerning (a) the removal/confiscation of Ronrico's cell phone video and (b) the November 2012 incident; and (2) the associated Tennessee outrageous conduct claim. All other claims against Officer Strickling are **DISMISSED**.

It is so **ORDERED**.

Enter this 24th day of September 2013.

_____
ALETA A. TRAUGER
United States District Judge