IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RONRICO D. JOSLIN, WALTER L. JOSLIN, and MARY J. MITCHELL, <br><br>　　Plaintiffs, <br><br>v. <br><br>METRO NASHVILLE/DAVIDSON COUNTY, TENNESSEE, *et al.*, <br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil No. 3:12-1284<br>) Judge Trauger<br>)<br>)<br>)<br>)<br>) |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference in this case is **RESET** for Wednesday, October 16, 2013, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 24th of September 2013.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ALETA A. TRAUGER
　　　　　　　　　　　　　　　U.S. District Judge