# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

RONRICO D. JOSLIN, WALTER L. JOSLIN, )
and MARY J. MITCHELL, )
　 )
　　Plaintiffs, )
　 )　　Civil No. 3:12-1284
v. )　　Judge Trauger
　 )
METRO NASHVILLE/DAVIDSON COUNTY, )
TENNESSEE, *et al.*, )
　 )
　　Defendants. )

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference in this case is

**RESET** for Wednesday, October 16, 2013, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 24th of September 2013.

_____
　　ALETA A. TRAUGER
　　U.S. District Judge